Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LISA ABELES,<br><br>        Plaintiffs,<br><br>v.<br><br>PUGET SOUND COLLECTIONS, INC.; TRANS UNION LLC, a Delaware limited liability company; and EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company,<br><br>        Defendants. | No. 2:21-cv-01384-RSL<br><br>NOTICE OF APPEARANCE |

TO:    CLERK OF THE COURT; and

TO:    Robert W. Mitchell, Attorney for Plaintiff

        PLEASE TAKE NOTICE that Seyfarth Shaw LLP, through its attorney Andrew R. Escobar, hereby appears in the above-captioned action as counsel of record for Defendant Equifax Information Services LLC ("Equifax"). Defendant Equifax does not waive any objections as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorney.

NOTICE OF APPEARANCE - 1
(NO. 2:21-cv-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

Service of all further pleadings, notices, documents or other papers in this matter, exclusive of original process, may be had upon said Defendant by serving the undersigned attorneys of record at the address stated below.

Respectfully submitted this 15th day of October, 2021.

                                        SEYFARTH SHAW LLP

                                        By: *s/ Andrew R. Escobar*
                                              Andrew R. Escobar, WSBA No. 42793
                                              escobar@seyfarth.com
                                              SEYFARTH SHAW LLP
                                              999 Third Avenue, Suite 4700
                                              Seattle, WA 98104-4041
                                              Tel: (206) 946-4910

                                              *Attorney for Defendant*
                                              *Equifax Information Services LLC*

NOTICE OF APPEARANCE - 2
(NO. 2:21-cv-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby declare that on October 15, 2021, I caused a copy of ***Equifax Information Service's Notice of Appearance*** to be electronically filed with the Court using the ECF system which will send notification of such filing to all counsel of record.

>Robert Mitchell, Esq.
>Robert Mitchell Attorney at Law, PLLC
>1020 N. Washington St.
>Spokane, WA  99201
>bobmitchelllaw@gmail.com
>Telephone:  (509) 327-2224
>
>Benjamin I. VandenBerghe
>Christopher M. Reed
>Montgomery Purdue PLLC
>5500 Columbia Center
>701 Fifth Avenue
>Seattle, WA 98104-7096
>Telephone: 206-682-7090
>biv@montgomerypurdue.com
>creed@montgomerypurdue.com

DATED October 15, 2021.

>*s/ Megan Johnston*
>Megan Johnston, Legal Assistant
>Seyfarth Shaw LLP
>999 Third Avenue, Suite 4700
>Seattle, WA 98104
>mjohnston@seyfarth.com

NOTICE OF APPEARANCE - 3
(NO. 2:21-cv-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910