**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LISA ABELES,<br><br>   Plaintiff,<br><br>v.<br><br>PUGET SOUND COLLECTIONS, INC.;<br>TRANS UNION LLC, a Delaware limited liability company; and EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company,<br><br>   Defendants. | No. 2:21-cv-01384-RSL<br><br>DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for Relief from Deadline to Answer or Otherwise Respond to Plaintiff's Complaint. In support of its motion, Equifax states as follows:

1. On September 24, 2021, Plaintiff Lisa Abeles served Equifax with a Summons and Complaint to be filed in the King County Superior Court, State of Washington.

2. On October 12, 2021, Defendant Trans Union, LLC timely filed its Notice of Removal (ECF No. 1).

EQUIFAX UNOPPOSED MOTION FOR RELIEF
FROM DEADLINE - 1
(NO. 2:21-CV-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

3. Pursuant to Rules 12 and 81(c)(2) of the Federal Rules of Civil Procedure, Equifax currently must file its responsive pleading by October 19, 2021.

4. On October 7, 2021, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint in the removed action to November 29, 2021. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5. Thus, to allow Equifax additional time to investigate Plaintiff's allegations, Equifax respectfully requests an extension of time to answer or respond to Plaintiff's Complaint through and including November 29, 2021.

6. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

7. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including November 29, 2021.

Respectfully submitted this 15th day of October, 2021.

SEYFARTH SHAW LLP

By: *s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
aescobar@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-3100
Telephone: (206) 946-4910

*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX UNOPPOSED MOTION FOR RELIEF FROM DEADLINE - 2
(NO. 2:21-CV-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

1   IT IS SO ORDERED.

2   Dated this 18th day of October, 2021.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

EQUIFAX UNOPPOSED MOTION FOR RELIEF
FROM DEADLINE - 3
(NO. 2:21-CV-01384-RSL)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

76281041v.1