UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LISA ABELES,<br><br>              Plaintiff,<br><br>       v.<br><br>PUGET SOUND COLLECTIONS, INC.;<br>TRANSUNION LLC, a Delaware Limited<br>Liability Company; and EQUIFAX<br>INFORMATION SERVICES, LLC, a Georgia<br>Limited Liability Company<br><br>              Defendants. | Case No. 2:21-cv-01384-RSL<br><br>**Order Granting Defendant Puget Sound<br>Collections' Unopposed Motion for<br>Extension of Time to Respond to<br>Complaint** |

The court has considered Defendant Puget Sounds Collections' Unopposed Motion to
Extend Time to File Response to Complaint, and the supporting Declaration of Timothy J.
Fransen.  For good cause shown,

IT IS ORDERED:

1.      The motion to extend time is GRANTED;

2.      The deadline for defendant Puget Sound Collections to file its response to the
complaint is extended up to and including November 2, 2021.

DATED this 20th day of October, 2021.

*Mh S Lasnik*
Robert S. Lasnik
United States District

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019