

United States District Court
Western District of Washington

| Lisa Abeles | Case Number: 2:21-cv-01384 |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| Trans Union, LLC et al. | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Jared D. Brown hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Trans Union, LLC

The particular need for my appearance and participation is:

Jared D. Brown and Schuckit & Associates, P.C. are national counsel for Trans Union, LLC and have been retained as lead counsel for Trans Union, LLC in this matter.

I, Jared D. Brown understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/5/21                Signature of Applicant: s/ Jared D. Brown

**Pro Hac Vice Attorney**

Applicant's Name: Jared D. Brown

Law Firm Name: Schuckit & Associates, P.C.

Street Address 1: 4545 Northwestern Drive

Address Line 2:

City: Zionsville    State: IN    Zip: 46077

Phone Number w/ Area Code: (317) 363-2400    Bar #: 36780-49    State: IN

Primary E-mail Address: jbrown@schuckitlaw.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: e-filing@schuckitlaw.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Jared D. Brown is unable to be present upon any date assigned by the court.

Date: 11/5/21    Signature of Local Counsel: s/ Christopher M. Reed

Local Counsel's Name: Christopher M. Reed

Law Firm Name: Montgomery Purdue PLLC

Street Address 1: 5500 Columbia Center

Address Line 2: 701 Fifth Street

City: Seattle    State: WA    Zip: 98104-7096

Phone Number w/ Area Code: (206) 682-7090    Bar #: 49716



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  11/5/21          Signature  s/ Jared D. Brown
*(Pro Hac Vice applicant name)*