UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA ABELES,

          Plaintiff,

    v.

PUGET SOUND COLLECTIONS, INC., et al.

          Defendants.

Case No. C21-1384RSL

ORDER TO SHOW CAUSE

On October 15, 2021, the Court issued an order requiring the parties to file a Joint Status Report by November 12, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, December 2, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of October 15, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, December 3, 2021.

DATED this 16th day of November, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE