**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LISA ABELES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUGET SOUND COLLECTIONS, INC.; TRANS UNION LLC, a Delaware limited liability company; and EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company,<br><br>　　　　Defendants. | Case No. 2:21-cv-01384-RSL<br><br>STIPULATED MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC |

COMES NOW Plaintiff, LISA ABELES, by and through her counsel, ROBERT MITCHELL, and Defendant, Equifax Information Services LLC ("Equifax"), by and through its counsel, Andrew R. Escobar, and pursuant to FRCP 41, hereby stipulate to the DISMISSAL of Defendant EQUIFAX INFORMATION SERVICES LLC from this action with prejudice and without an award for cots or fees.

EQUIFAX INFORMATION SERVICES LLC and Plaintiff have resolved all claims related to this litigation.

EQUIFAX INFORMATION SERVICES LLC has not asserted counterclaims or cross claims.

EQUIFAX INFORMATION SERVICES LLC and Plaintiff stipulate to dismissal.

STIPULATED DISMISSAL OF EQUIFAX - 1
(Case No. 2:21-CV-01384-RSL)

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

80117080v.1

Given the above, dismissal of EQUIFAX INFORMATION SERVICES LLC with prejudice and without award of costs or fees is appropriate.

DATED: March 16, 2022

Respectfully submitted,

ROBERT MITCHELL ATTORNEY AT LAW, PLLC

By *s/ Robert W. Mitchell*
Robert W. Mitchell, WSBA No. 37444
1020 N. Washington Street
Spokane, WA 99201
Phone: (509) 327-2224
Email: bobmitchelllaw@gmail.com

*Counsel for Plaintiff*

SEYFARTH SHAW LLP

By *s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Defendant
Equifax Information Services LLC*

STIPULATED DISMISSAL OF EQUIFAX - 2
(Case No. 2:21-CV-01384-RSL)

ROBERT MITCHELL, ATTORNEY AT LAW, PLLC
1020 N. WASHINGTON ST. | SPOKANE, WA 99201
PH (509) 327-2224 | FAX (888) 840-6003
BOBMITCHELLLAW@GMAIL.COM

80117080v.1

1  IT IS SO ORDERED.

2  Dated this 16th day of March, 2022.

4

5  _____
   THE HONORABLE ROBERT S. LASNIK
   UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL OF EQUIFAX - 3
(Case No. 2:21-CV-01384-RSL)

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchelllaw@gmail.com

80117080v.1