UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LISA ABELES,<br><br>        Plaintiff,<br><br>    v.<br><br>PUGET SOUND COLLECTIONS, INC.; TRANSUNION LLC, a Delaware Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company<br><br>        Defendants. | Case No. 2:21-cv-01384-RSL<br><br>**Stipulation and Order of Dismissal as to Defendant Puget Sound Collections, Inc. Only** |

    IT IS HEREBY STIPULATED by and between plaintiff and defendant Puget Sound Collections, Inc. (PSC) that all of plaintiff's claims against PSC shall be dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED:  July 7, 2022

                                                                                                                                                                                               COSGRAVE VERGEER KESTER LLP

| | |
|---|---|
| *s/ Robert W. Mitchell*<br>Robert W. Mitchell, WSBA # 37444<br>Attorney for Plaintiff | *s/ Timothy J. Fransen*<br>Timothy J. Fransen, WSBA # 51110<br>Attorneys for Defendant Puget Sound Collections, Inc. |

Page 1

Based on the above stipulation, it is

    ORDERED that all of plaintiff's claims against defendant PSC only are dismissed with prejudice and without attorney's fees or costs to any of the parties.

Dated this 8th day of July, 2022.

                                                      */s/ Robert S. Lasnik*
                                                    Robert S. Lasnik
                                                    United States District Court

Page 2

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019