# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| LISA ABELES,<br>            Plaintiff,<br><br>    vs.<br><br>PUGET SOUND COLLECTIONS, INC.;<br>TRANS UNION LLC, a Delaware Limited<br>Liability Company; and EQUIFAX<br>INFORMATION SERVICES, LLC, a Georgia<br>Limited Liability Company;<br>            Defendants. | CASE NO. 2:21-cv-01384-RSL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

   Plaintiff Lisa Abeles ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") have stipulated and agreed that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. IT IS SO ORDERED.

   Dated this 3rd day of August, 2022.

                              *[signature]*
                              Robert S. Lasnik
                              United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO TRANS UNION, LLC - 1
2:21-cv-01384-RSL**